appeals academic and they are, therefore, dismissed, without costs. All concurred.

In the Matter of the Petition of DE WITT C. DE PUY, Appellant, for the Purpose of Draining Certain Lands, under the Drainage Act,* and the Appointment of a Commission. THE NEW YORK CENTRAL RAILROAD COMPANY and Others, Respondents.— Order unanimously affirmed, with costs.

In the Matter of the Claim of MARY RHEINWALD, Respondent, for Compensation for the Death of ROBERT RHEINWALD, v. BUILDERS' BRICK AND SUPPLY COMPANY, Employer, and FIDELITY AND DEPOSIT COMPANY OF BALTIMORE, MARYLAND, Insurance Carrier, Appellants.— Motion for reargument denied.

In the Matter of the Claim of FRANK D. MARKHAM, Respondent, for Compensation under the Workmen's Compensation Law, v. UNITED BREEDERS COMPANY, Employer, and EMPLOYERS' LIABILITY ASSURANCE CORPORATION, LTD., Insurance Carrier, Appellants.— Award unanimously affirmed.

In the Matter of the Claim of PASQUALE FIOCCA, Respondent, for Compensation under the Workmen's Compensation Law, v. EDWARD J. DILLON, Employer, and ÆTNA LIFE INSURANCE COMPANY, Insurance Carrier, Appellants.— Award unanimously affirmed.

In the Matter of the Claim of ARTHUR SCHMIDT, Respondent, for Compensation under the Workmen's Compensation Law, v. CLARA BERGER, Employer, and ZURICH GENERAL ACCIDENT AND LIABILITY INSURANCE COMPANY, LIMITED, Insurance Carrier, Appellants.— Award affirmed. All concurred, except Kellogg, P. J., and Howard, J., who voted for reversal on the authority of *Matter of Bargey* v. *Massaro Macaroni Co.* (218 N. Y. 410).

In the Matter of the Claim of NILLA DEARBORN, Respondent, for Compensation to Herself for the Death of Her Husband, FRANKLYN H. DEARBORN, under the Workmen's Compensation Law, v. PEUGEOT AUTO IMPORT COMPANY, Appellant.— Award unanimously affirmed.

In the Matter of the Claims of JOHN R. KENNEDY and HELEN T. KENNEDY, Respondents, for Compensation under the Workmen's Compensation Law, for the Death of JAMES KENNEDY, v. LOGGIE BROTHERS, Employer, and LONDON AND LANCASHIRE INDEMNITY COMPANY of AMERICA, Insurance Carrier, Appellants.— Award unanimously affirmed.

In the Matter of the Claim of AUGUSTA VAN WIE, Widow, and the Minor Child of DAVID VAN WIE, Respondent, for Compensation under the Workmen's Compensation Law, for the Death of DAVID VAN WIE, v. WRIGHT & COBB LIGHTERAGE COMPANY, Employer and Self-Insurer, Appellant.— Award unanimously affirmed.

In the Matter of the Claim of ANNA MOQUIN, Respondent, for Compensation for the Death of FRANK C. MOQUIN, JR., under the Workmen's Compensation Law, v. THE ROBESON PROCESS COMPANY, Employer, and

---

* See Drainage Law (Consol. Laws, chap. 15; Laws of 1909, chap. 20), as amd.—[REP.